*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 15, 2016                    520126
_____

In the Matter of DAVID N.
    GUIFFRE,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____


Calendar Date:  August 8, 2016

Before:  Peters, P.J., Garry, Rose, Devine and Mulvey, JJ.

                        _____


        David N. Guiffre, Willard, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a determination finding him guilty of violating a
prison disciplinary rule.  The Attorney General has advised this
Court that such determination has since been administratively
reversed, all references thereto have been expunged from
petitioner's institutional record and the $5 mandatory surcharge
has been refunded to petitioner's inmate account.  In view of
this, the petition must be dismissed as moot (see Matter of
Williams v Venettozzi, 140 AD3d 1508, 1508 [2016]; Matter of

Robinson v Prack, 137 AD3d 1452, 1452 [2016]).  Although petitioner seeks to be restored to the status that he enjoyed prior to the disciplinary determination, he is not entitled to this relief (see Matter of Thompson v Annucci, 140 AD3d 1521, 1521 [2016]; Matter of Khudan v Annucci, 139 AD3d 1198, 1198 [2016]).  We note, however, that any loss of good time that was imposed as part of the penalty should be restored to petitioner (see Matter of Zoccoli v Annucci, 140 AD3d 1512, 1513 [2016]; Matter of Clark v New York State Dept. of Corr. & Community Supervision, 138 AD3d 1331, 1332 [2016]).

Peters, P.J., Garry, Rose, Devine and Mulvey, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court